# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

July 1, 2010

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
MIDDLE DISTRICT OF FLORIDA
801 N. Florida Avenue, 7th Floor
Tampa, FL 33602-3899
Attn: Susan Magaditsch

Re: MIDDLE DISTRICT OF FLORIDA APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Magaditsch:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 8:01-bk-17392-CED |
| Debtor: | Larry Allen O'Blander |
| Creditor/Claimant: | JPMorgan Chase Bank, N.A. successor to Chase Manhattan Bank USA |
| Amount: | $684.71 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

IN RE: ) Case No. 8:01-bk-17395-CED
)
Larry Allen O'Blander, )
        DEBTOR )
)

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

JPMorgan Chase Bank, N.A. successor to Chase Manhattan Bank USA (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $684.71. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing <u>payment be made directly to the claimant at Mail Code: ZIP OH1-0293, 1111 Polaris Parkway, Columbus, OH 43240-2050 Attn: Karen Devereaux</u>.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

        JPMorgan Chase Bank, N.A. successor to Chase Manhattan Bank USA
        FID#/SSN <u>13-2624428</u>

        By: _____
        Greg Griffith
        American Property Locators, Inc.
        Attorney-in-fact
        3855 South Boulevard, Suite 200
        Edmond, OK 73013
        (405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: ) Case No. 8:01-bk-17392-CED
Larry Allen O'Blander, )
)
DEBTOR )

AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS

Notice is hereby given to the court that on July 1, 2010 the US Attorney was advised via the US Postal Service at the address below, of the intent of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of JPMorgan Chase Bank, N.A. successor to Chase Manhattan Bank USA.

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this 1 day of July 20 10.

_____
Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752 Expires 04/27/11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

IN RE:  ) Case No. 8:01-bk-17392-CED
Larry Allen O'Blander,  )
  )
  )
DEBTOR  )

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of JPMorgan Chase Bank, N.A. successor to Chase Manhattan Bank USA (FID#/SSN 13-2624428), (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $684.71) be paid to it in care of <u>Karen Devereaux, Mail Code: ZIP OH1-0293, 1111 Polaris Parkway, Columbus, OH 43240-2050.</u>

Dated this ___ day of _____, _____.

_____
United States Bankruptcy Judge

Copies to:

JPMorgan Chase Bank, N.A. successor to Chase Manhattan Bank USA c/o Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013

Susan Magaditsch, Financial Administrator, U.S. Bankruptcy Court, 801 N. Florida Avenue, Tampa, FL 33602-3899

# JPMORGAN CHASE & CO.
## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, <u>Carol Bish</u>, Vice President of JPMorgan Chase Bank, N.A., ("JPMC") acting on behalf of JPMC and any of its subsidiaries, affiliates or predecessor entities, hereby appoint <u>American Property Locators, Inc.</u>, ("Agent") in the person of one of it principal officers, to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of: <u>Chase Manhattan Bank USA</u> in the amount of <u>$684.71</u> located in the state of <u>FLORIDA</u>. Case/Claim # <u>01-17392</u>.

**JPMC hereby revokes all previous Powers of Attorney in this regard, to whoever granted.**

JPMC further grants the Agent authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do acting through its own officers or agents, hereby confirming all that the Agent shall lawfully do or cause to be done. The Agent shall have no authority to incur any financial obligation or make any expenditure on behalf of JPMC, other than expenditure payable from any sums recovered by virtue of the Agent's actions.

JPMC (Federal Tax ID: 13-2624428) requests that the "Holder" of funds make checks payable to the order of JPMorgan Chase Bank, N.A. and send the checks to:

> **JPMorgan Chase Bank, N.A.**
> **c/o Karen Devereaux**
> **Mail Code: Zip OH1-0293**
> **1111 Polaris Pkwy**
> **Columbus OH 43240-2050**

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

Signed this __2nd__ day of __June__, 201_0_

__Carol Bish__ Vice President
(Print Name)

State of Ohio, County of Delaware, __6__/__2__/201_0_
The above named __CAROL BISH__, known to me to be the individual described in (and holding the position designed in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: __Karen L. Devereaux__
(Notary Seal) Notary Public

My Commission expires: __4__/__8__/__14__

Rev: 01-12-2009



Karen L. Devereaux
Notary Public, State of Ohio
My Commission Expires 04-08-2014



# JPMorganChase 🟦

Carol L. Bish  
Vice President  
Global Finance Operations

JPMorgan Chase Bank, N.A.  
OH1-0293  
1111 Polaris Parkway  
Columbus, OH 43240

Telephone: 614 244 8344  
Facsimile: 614 213 0098  
carol.l.bish@chase.com

# JPMorgan Chase & Co.

## SECRETARY'S CERTIFICATE

I, Christine N. Bannerman, do hereby certify that I am a duly elected and qualified Assistant Vice President and Assistant Secretary of JPMorgan Chase Bank, National Association, a national banking association duly organized and existing under the laws of the United States of America (the "Bank") and that set forth below is a true and correct copy of resolutions duly adopted by the directors of the Bank pursuant to a unanimous written consent dated January 17, 2007. I further certify that said resolutions, at the date hereof, are still in full force and effect.

RESOLVED that loan agreements, contracts, indentures, mortgages, deeds, releases, conveyances, assignments, transfers, certificates, certifications, declarations, leases, discharges, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, guarantees, proxies, requisitions, demands, proofs of debt, claims, records, notes signifying indebtedness of JPMorgan Chase Bank, N.A. (the "Bank"), and any other contracts, instruments or documents in connection with the conduct of the business of the Bank, whether or not specified in the resolutions of the Bank's Board of Directors (the "Board") may be signed, executed, acknowledged, verified, delivered or accepted on behalf of the Bank by the Chairman of the Board, the Chief Executive Officer, the President, the Chief Operating Officer, a Vice Chairman of the Board, a Vice Chairman, any member of the Operating Committee or Executive Committee, any Executive Vice President, the Chief Financial Officer, the Treasurer, the Controller, the Chief Risk Officer, the Secretary, any Senior Vice President, any Managing Director, any Vice President, or any other officer who the Secretary or any Assistant Secretary certifies as having a functional title or official status which is equivalent to any of the foregoing, and the seal of the Bank may be affixed to any thereof and attested by the Secretary, any Vice President or any Assistant Secretary; *provided, however,* that any guarantees, comfort letters or other letters of support issued by the Bank in respect of obligations of any of the Bank's affiliates or subsidiaries ("Support Documents") may be executed only where consistent with such resolutions of the Board dated the date hereof, as may be amended, relating to the provision of Bank guarantees and other support issued by the Bank in respect of obligations of its subsidiaries and affiliates;

RESOLVED that powers of attorney may be executed on behalf of the Bank by the Chairman of the Board, the Chief Executive Officer, the President, the Chief Operating Officer, a Vice Chairman of the Board, a Vice Chairman, any member of the Operating Committee or Executive Committee, any Executive Vice President, the Chief Financial Officer, the Treasurer, the Controller, the Chief Risk Officer, the Secretary, any Senior Vice President, and by any Managing Director having a rank equivalent to Senior Vice President; *provided, however,* that such powers of attorney may not provide authority for signing Support Documents except as where consistent with such resolutions of the Board dated the date hereof, as may be amended, relating to the provision of Bank guarantees and other support issued by the Bank in respect of obligations of its subsidiaries and affiliates.

I further certify that Carol Bish is a Vice President of JPMorgan Chase Bank, National Association with specimen signature as follows and is empowered to act in conformity with the above resolutions.

*Carol Bish*

WITNESS my hand and the seal of JPMorgan Chase Bank, National Association, on the 12th day of January 2009.

*Christine N. Bannerman*
Christine N. Bannerman

OTS
430500:v1

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF KINGS      )

    On the 12th day of January 2009, before me, the undersigned, personally appeared Christine N. Bannerman, an Assistant Vice President and Assistant Secretary of JPMorgan Chase Bank, National Association, personally known to me to be the individual whose name is subscribed to within the instrument, and in her capacity acknowledged this instrument to be the act and deed of JPMorgan Chase Bank, National Association and the seal affixed to it to be its seal.

    WITNESS my official seal and signature this day and year aforesaid.

_____<br>Notary Public

PHILIP E. FEIERBERG
Notary Public, State of New York
No. 01FE4758649
Qualified in New York County
Commission Expires Feb. 28, 2011

| Key demographic information as of May 8, 2008 |
|---|
| **The Chase Manhattan Bank (National Association)** |
| 1 Chase Manhattan Plaza |
| New York City, NY 10081 |

| FDIC Certificate #: | 624 | Date Established: | 1/1/1799 |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | [ More Demographic Information → ] | |
| Primary Internet Web Address: | Web site not available | [ Generate History → ] | |

**This is an inactive institution.**

| Inactive as of: | July 14, 1996 |
| Closing history: | Merged without Assistance into |
| Acquiring institution: | JPMorgan Chase Bank, National Association - (628) |

## Information Gateway;

**ID Report Selections:**            **Report Date:**
Assets and Liabilities                December 31, 1995        [ Generate Report ]

------------------------------------------------------------More Information------------------------------------------------------------

- Current List of Offices not available
- Compare to Peer Group(s)
- FFIEC Call/TFR Report not available
- FFIEC UBPR not available
- FDIC/OTS Summary of Deposits
- Bank Holding Company Ownership and Affiliates not available
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OCC CRA ratings
- Consumer Assistance from Primary Federal Regulator

| Press ❶ for description |
|---|

Questions, Suggestions & Requests

**Home   Contact Us   Search   Help   SiteMap   Forms**
Freedom of Information Act (FOIA) Service Center   Website Policies   USA.gov



# National Information Center
## Financial Data and Institution Characteristics Collected by the Federal Reserve System

---

This institution has been acquired (see Institution History below). The current information is:

**CHASE MANHATTAN BANK USA, NATIONAL ASSOCIATION**

200 JERICHO QUADRANGLE
1ST FLOOR SW CORNER
JERICHO, NY, UNITED STATES 11753

Institution Type: National Bank
Primary Federal Regulator: OCC
RSSD ID: 399106
Routing Transit Number (RTN): 021410585
Activity: COMMERCIAL BANKING
Parent (Top Holder): JPMORGAN CHASE & CO.

Insurance: FDIC/BIF
FDIC Certificate #: 26328

---

## Institution Structure Information

Organization Hierarchy

Institutions Bought By CHASE MANHATTAN BANK USA, NATIONAL ASSOCIATION

Institution History

---

## Financial Data

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

---

NIC Home | FAQ | Help | Contact Us



# National Information Center
## Financial Data and Institution Characteristics Collected by the Federal Reserve System

### CHASE BANK USA, NATIONAL ASSOCIATION
200 WHITE CLAY CENTER DRIVE
NEWARK, DE, UNITED STATES 19711

Institution Type: National Bank
Primary Federal Regulator: OCC
RSSD ID: 489913
Routing Transit Number (RTN): 031100144
Activity: COMMERCIAL BANKING
Parent (Top Holder): JPMORGAN CHASE & CO.

Insurance: FDIC/BIF
FDIC Certificate #: 23702

### Institution Structure Information
Organization Hierarchy
Institutions Bought By CHASE BANK USA, NATIONAL ASSOCIATION
Institution History
Branch Locator

### Financial Data

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

NIC Home | FAQ | Help | Contact Us